MILTON SOLOMON, Respondent, *v.* FIORELLO H. LA GUARDIA et al., Appellants, et al., Defendants.

Argued April 11, 1946; decided June 13, 1946.

*John J. Bennett, Corporation Counsel* (*Morris Shapiro* of counsel), for appellants.

*Gilbert J. Fortgang* and *Louis B. Brodsky* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. Dissenting: THACHER, J.